## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-20868-CR-KING/GARBER

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **CARY KRUGLY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER GRANTING FINAL UNOPPOSED MOTION TO
### POSTPONE VOLUNTARY SURRENDER DATE

This case has come before the Court upon the application of Christopher Bruno,

counsel for Cary Krugly, to postpone the date that he was to voluntary surrender to the

U.S. Marshal's Service in the above-styled case. Being fully advised, it is

ORDERED that Defendant's Motion is GRANTED. Defendant Krugly's

voluntary surrender date is rescheduled to occur on October 8, 2008.

DONE and ORDERED in chambers at the United States District Courthouse,

Miami, Florida, this _____ day of _____, _____.

THE HONORABLE JAMES LAWRENCE KING
SENIOR U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    Jill Furman
       Trial Attorney
       U.S. Department of Justice
       1331 Pennsylvania Avenue, N.W., Suite 950N
       Washington, D.C. 20004

       Stephen Gurwitz
       Special Assistant United States Attorney
       United States Attorney's Office
       Southern District of Florida
       99 N.E. 4th Street
       Suite 400
       Miami, Florida 33132
       Facsimile – (202) 326-3395